UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF VERMONT

| | |
|---|---|
| HOLLY A. ZERRILLA,<br>    Plaintiff, | :<br>:<br>: |
| v. | :    File No. 1:11-cv-191-jgm |
| COMMISSIONER,<br>SOCIAL SECURITY ADMINISTRATION,<br>    Defendant. | :<br>:<br>: |

### ORDER

The Magistrate Judge's Report and Recommendation was filed July 6, 2012. (Doc. 13.) After de novo review and absent objection, the Report and Recommendation is AFFIRMED, APPROVED and ADOPTED. See 28 U.S.C. § 636(b)(1).

Plaintiff's motion to reverse the decision of the Commissioner (Doc. 6) is DENIED.  The Defendant's motion for an order affirming the Commissioner's decision (Doc. 10) is GRANTED.  The decision of the Commissioner is hereby AFFIRMED.

SO ORDERED.

Dated at Brattleboro, in the District of Vermont, this 6th day of August, 2012.

/s/ J. Garvan Murtha
Honorable J. Garvan Murtha
United States District Judge